Case: **2:23−cv−02204**
Assigned To : **Norris, Mark S.**
Referral Judge: **Claxton, Charmiane G.**
Assign. Date : **4/7/2023**
Description: **Lewis v. Paramount Staffing**